**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**RANDY MUELLER,** **PLAINTIFF**

**V.** **NO. 4:08CV035-A-D**

**EMMITT SPARKMAN, et al.,** **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the opinion issued this day, the instant cause is **DISMISSED** with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff has also earned one strike under the three strikes provision of 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

THIS the  1st  day of May, 2008.

 /s/ Sharion Aycock
**SHARION AYCOCK**
**UNITED STATES DISTRICT JUDGE**